# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 947
:
APPOINTMENT TO THE CONTINUING : SUPREME COURT RULES DOCKET
LEGAL EDUCATION BOARD :


## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of May, 2023, Mark E. Milsop, Esquire, Allegheny County, is hereby appointed as a member of the Continuing Legal Education Board for a term expiring May 1, 2026.